```
 1  DANIEL J. BRODERICK Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JESUS GARCIA-MORALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-245 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING |
| ) | TIME ***<u>AS MODIFIED</u>*** |
| JOSE HERRERA-GARCIA, ) | |
| ) | Date:  July 31, 2009 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Michael D. Anderson, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JOSE HERRERA-GARCIA, that the above matter be dropped from this court's calendar for July 31, 2009, at the request of the defense and be continued until September 11*, 2009, for status conference. This continuance is requested in order to permit further consultation and further defense preparation.

**IT IS FURTHER STIPULATED** that the time from July 31, 2009, through September 14, 2009, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

Date: July 29, 2009        Lawrence G. Brown
                           Acting United States Attorney

                           /S/ Michael D. Anderson by jls per auth
                           By:   MICHAEL D. ANDERSON
                           Assistant United States Attorney
                           Counsel for Plaintiff

Date: July 29, 2009        /S/ Jeffrey L. Staniels
                           JEFFREY L. STANIELS
                           Assistant Federal Defender
                           Attorney for Defendant
                           JOSE HERRERA-GARCIA

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for July 31, 2009, and is ordered to be re-calendared for September 14, 2009, at 10:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from July 31, 2009, through September 11***, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

                           By the Court,

Date: July 30, 2009        /s/ Edward J. Garcia
                           Hon. Edward J. Garcia
                           Senior United States District Judge