```
DANIEL J. BRODERICK Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE HERRERA-GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:08-cr-245 EJG |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING CASE AND EXCLUDING |
| | ) TIME |
| JOSE HERRERA-GARCIA, | ) |
| | ) Date:  September 11, 2009 |
| Defendant. | ) Time:  10:00 a.m. |
| | ) Judge: Hon. Edward J. Garcia |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Michael D. Anderson, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JOSE HERRERA-GARCIA, that the above matter be dropped from this court's calendar for September 11, 2009, at the request of the defense  and be continued until October 2, 2009, for status conference. This continuance is requested in order to permit further consultation and further defense preparation.

**IT IS FURTHER STIPULATED** that the time from September 11, 2009, through October 2, 2009, be excluded from computation of time within which the trial of this matter must be commenced

under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and  Local Code T-4

**IT IS SO STIPULATED**.

Date: September 10, 2009          Lawrence G. Brown
                                  United States Attorney

                                  /S/ Michael D. Anderson
                                  By:   MICHAEL D. ANDERSON
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Date: September 10, 2009          /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSE HERRERA-GARCIA

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for September 11, 2009, and is ordered to be re-calendared for October 2, 2009, at 10:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from September 11, 2009, through September 14, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED**.

                                  By the Court,

Date: September 10, 2009          /s/ Edward J. Garcia
                                  Hon. Edward J. Garcia
                                  Senior Judge
                                  United States District Court

Stip & Order Continuing Case
and Excluding Time                2