DANIEL J. BRODERICK Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE HERRERA-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>JOSE HERRERA-GARCIA,<br><br>            Defendant. | No. 2:08-cr-245 EJG<br><br>STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date:    October 2, 2009<br>Time:    10:00 a.m.<br>Judge:   Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Daniel McConkie on behalf of Assistant United States Attorney Michael D. Anderson, counsel for plaintiff and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant JOSE HERRERA-GARCIA, that the above matter be dropped from this court's calendar for October 2, 2009, at the request of the defense and be continued until November 20, 2009, for status conference. This continuance is requested in order to permit further consultation and further defense preparation.

The date of November 20 is sought due to the unavailability of defense counsel during substantial portions of the intervening period including a trial preparation trip to Los Angeles from October 6 to

1  October 9; a trip to Philadelphia to help manage a memorial service for
2  a friend and former colleague from October 19 through October 23, and a
3  trial before Judge Karlton commencing October 27, 2009, in which the
4  government estimates two weeks for its direct case.

5       **IT IS FURTHER STIPULATED** that the time from October 2,
6  2009, through November 20, 2009, be excluded from computation of
7  time within which the trial of this matter must be commenced
8  under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant
9  to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and  Local Code T-4

10      **IT IS SO STIPULATED.**

12 Date: October 1, 2009          Lawrence G. Brown
                                  United States Attorney

14                                /S/ Daniel McConkie for
                                  By:   MICHAEL D. ANDERSON
15                                Assistant United States Attorney
                                  Counsel for Plaintiff

17 Date: October 1, 2009          /S/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
18                                Assistant Federal Defender
                                  Attorney for Defendant
19                                JOSE HERRERA-GARCIA

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for October 2, 2009, and is ordered to be re-calendared for November 20, 2009, at 10:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from October 2, 2009, through November 20, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

By the Court,

Date: October 1, 2009          /s/ Edward J. Garcia
                               Hon. Edward J. Garcia
                               Senior Judge
                               United States District Court